UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARMEN ROSA GARCIA MATOS,

    Plaintiff,

v.                                         Case No: 6:16-cv-587-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 20). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees **in the amount of $4,588.80.**[1] The schedule of hours attached to the petition confirms the attorney's billable hours expended on the case (Doc. 20-2).

Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified, and that her net worth at the time proceeding was filed was less than two million dollars.[2] (Id. at 1-2).

On October 14, 2016, the district judge granted the Commissioner's unopposed motion to remand this case for further administrative proceedings (Docs. 17, 18). The

---

[1] Plaintiff's fee amount is calculated at the rate of $189.62 per hour.

[2] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

Clerk entered judgment on October 17, 2016 (Doc. 19), and Plaintiff filed her application for attorney's fees on January 17, 2017 (Doc. 20).

The motion includes a copy of Plaintiff's assignment of EAJA fees to her attorney (Doc. 20-3). Plaintiff requests that if she owes a debt that qualifies under the Treasury Offset Program, 31 U.S.C. § 3716, that payment be made payable to Plaintiff and delivered to her attorney. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, Plaintiff requests that the Government accept her assignment of EAJA fees and pay such fees directly to her attorney.

Counsel for Plaintiff represents that the Commissioner has no objection to this motion (Doc. 20 at 2).

The undersigned respectfully recommends that the district judge **GRANT** Plaintiff's unopposed motion for attorney's fees (Doc. 20), and award Plaintiff fees in the amount of **$4,588.80**. It is further recommended that the district judge authorize payment to Plaintiff, to be delivered to her attorney, if Plaintiff owes a debt that qualifies under the Treasury Offset Program, 31 U.S.C. § 3716. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, it is recommended that the district judge authorize payment of the EAJA fees directly to Plaintiff's attorney.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on January 17, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

> Presiding United States District Judge
> Counsel of Record