UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARMEN ROSA GARCIA MATOS,

    Plaintiff,

v.                                         Case No: 6:16-cv-587-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on the unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 20) filed on January 17, 2017. The Court having reviewed the Report and Recommendation (Doc. 21), and there being no objections filed, hereby

**ORDERS** and **ADJUDGES** that the Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. The unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 20) is **GRANTED**. Plaintiff Carmen Rosa Garcia Matos is awarded fees in the amount of **$4,588.80**. If Plaintiff owes a debt that qualifies under the Treasury Offset Program, 31 U.S.C. § 3716, payment shall be made payable to Plaintiff and delivered to her attorney, Shea A. Fugate. However, if the United States Department of Treasury determines that Plaintiff does not owe a federal debt that is subject to offset, payment of the EAJA fees shall be made directly to Plaintiff's attorney, Shea A. Fugate. The Clerk of Court is directed to **ENTER JUDGMENT** for attorney fees in the amount of **$4,588.80** in Plaintiff's favor accordingly.

**DONE AND ORDERED** in Orlando, Florida, this _____ day of February, 2017.

                                                      G. KENDALL SHARP
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record